UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS TORO, *on behalf of himself and all others similarly situated*,<br><br>         Plaintiff,<br><br>    -v-<br><br>DISCOUNT GAMES, INC.,<br><br>         Defendant. | 22-CV-10610 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

  The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

  All filing deadlines and conference dates are adjourned *sine die*.

  SO ORDERED.

Dated: March 8, 2023
   New York, New York

                     _____
                        J. PAUL OETKEN
                      United States District Judge